### 17533.　DANIEL *v.* BENNETT *et al.*

BROYLES, C. J. The verdict was authorized by the evidence, and the grounds of the amendment to the motion for a new trial show no cause for a reversal of the judgment below.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED NOVEMBER 9, 1926.

Trover; from Monroe superior court—Judge Persons. May 31, 1926.

Appeal and Error, 4 C. J. 852, n. 56.

*Claude Christopher,* for plaintiff.
*Willingham & Willingham,* for defendants.